IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-31137
Summary Calendar

_____


ALBERT EARL LAVALAIS,

                                        Plaintiff-Appellant,

                    versus

JAIL OF ST. LANDRY PARISH,
ET AL.,

                                        Defendants,

and

CURTIS SAM;
HOWARD ZERRANGUE, SR.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 94-CV-1063
_____
November 19, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Albert Earl Lavalais, Louisiana prisoner #330949, appeals from

the district court's grant of summary judgment dismissing his 42

U.S.C. § 1983 complaint against Warden Curtis Sam and Sheriff

Howard Zerrangue.  Lavalais argues that there is a genuine issue of

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

material fact as to whether he complained to Warden Sam about another inmate.  We have reviewed the record and the parties' briefs and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court.  <u>Lavalais v. Jail of St. Landry Parish</u>, No. 94-CV-1063 (W.D. La. Oct. 11, 1996.)

A F F I R M E D.